**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000410
27-JAN-2020
07:46 AM

NO. CAAP-16-0000410

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Petitioner-Appellee,
v.
WINDYCESLAU D. LORENZO,
Respondent-Appellant,

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 15-1-0238)

ORDER OF CORRECTION
(By: Ginoza, Chief Judge, for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order in Appellate Court Case Number CAAP-16-0000410, filed on December 23, 2019, is hereby corrected as follows:

At page 7, in the last line of the final paragraph, "April 18, 2016" is changed to "April 19, 2016" so that the last line reads as follows:

Court of the First Circuit filed on April 19, 2016, is affirmed.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, January 27, 2020.

FOR THE COURT:

Chief Judge

---

[1] Ginoza, Chief Judge, Leonard and Hiraoka, JJ.